Sherwood J. Reese
Sherwood.reese@comcast.net
Drew L. Johnson, P.C.
sherwoodreese@comcast.net
1700 Valley River Drive
Eugene, OR  97401
(541) 434-6466

Attorneys for Plaintiff

UNITED STATES COURT DISTRICT COURT

DISTRICT OF OREGON

**ROXIE ANN KUHNS,**

               Plaintiff,

     vs.

**Commissioner of Social Security
Administration**,

             Defendant.
_____

     Civil No. 6:17-cv-00166-HZ

     **ORDER FOR ATTORNEY FEES
PURSUANT TO EAJA**

After considering the Stipulated Motion of the parties submitted herein, Order hereby grants that Commissioner shall pay Plaintiff's attorney the sum of $7211.92 upon verification that Plaintiff has no debt to the government which qualifies for offset against the awarded fees, pursuant to the reasoning in *Astrue v. Ratliff*, 560 U.S. 586, 130 S. Ct. 2521, 2527 (2010) (EAJA awards fees subject "to a federal administrative offset if the Litigant has outstanding federal debts") for full settlement of all claims for fees under EAJA.

If Plaintiff has no such federal debt, payment of $7211.92 shall be made to Plaintiff's attorneys, Drew L. Johnson, PC, and mailed to their office at 1700 Valley River Drive, Eugene,

1 – ORDER FOR ATTORNEY FEES PURSUANT TO EAJA

OR 97401. If Plaintiff has such debt, the check for any remaining funds after offset shall be made out to Plaintiff and mailed to counsel's office at the address provided above.

IT IS SO ORDERED this day of May _____, 2018

_____
U.S. District Judge/Magistrate Judge


PRESENTED BY:

By:    /s/ DREW L. JOHNSON
        Drew L. Johnson, OSB #75200
        Of Attorneys for Plaintiff


2 – ORDER FOR ATTORNEY FEES PURSUANT TO EAJA